UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elhoussine Karimi,                              Civil 10-3745 MJD/FLN

    Plaintiff,

v.                                              O R D E R

Janet Napolitano, et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 8, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is DISMISSED for lack of prosecution.

Let Judgment Be Entered.

DATED: April 11, 2011.                s/Michael J. Davis
at Minneapolis, Minnesota             CHIEF JUDGE MICHAEL J. DAVIS
                                      United States District Court